# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

MARISOL RAMIREZ-SABAT,

    Plaintiff,

v.                                        Case No: 5:20-cv-62-GKS-JRK

ANDREW M. SAUL,
COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

_____

## ORDER

THIS CAUSE comes before the Court for consideration on Plaintiff Marisol Ramirez-Sabat's (Plaintiff) appeal from a final decision of the Commissioner of the Social Security Administration (the Commissioner) denying her application for Disability Insurance Benefits (DIB) after proceedings before an Administrative Law Judge ("ALJ").[1] On January 28, 2021, the United States Magistrate Judge issued a Report and Recommendation (the Report and Recommendation) recommending that

---

[1] The Commissioner filed a certified copy of the record before the Social Security Administration. (*See* Doc. 17.)

the ALJ's decision be affirmed (Doc. 29), to which Plaintiff filed objections (Doc. 30).

The ALJ's findings are supported by substantial evidence, and the ALJ applied the proper legal analysis to Plaintiff's disability claims. After *de novo* review of the portions of the Report and Recommendation (Doc. 29) to which Plaintiff objects, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge James R. Klindt's Report and Recommendation (Doc. 24) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. The Commissioner's final decision in this case is **AFFIRMED** under sentence four of 42 U.S.C. § 405(g). The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this ___11___ day of February, 2021.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties

2